1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ROXANNE ART,                          1:10-cv-00017-SMS (HC)

12                 Petitioner,
                                           ORDER AUTHORIZING
13        vs.                              IN FORMA PAUPERIS STATUS

14   THE PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                  Respondent.
16   _____/

17
          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
18
     pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to
19
     proceed *in forma pauperis*.  The petition will be screened in due course.
20
     IT IS SO ORDERED.
21
     **Dated:    January 11, 2010**          _____/s/ Sandra M. Snyder_____
22                                           UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28