1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                      EASTERN DISTRICT OF CALIFORNIA

8   ROXANNE ARI,                          )   1:10-CV-00017 AWI SMS HC
9                                         )
                    Petitioner,           )   ORDER DENYING PETITIONER'S
10                                        )   MOTION FOR TEMPORARY
            v.                            )   RESTRAINING ORDER
11                                        )
    THE SUPERIOR COURT OF THE             )   [Doc. #13]
12  STATE OF CALIFORNIA, COUNTY OF        )
    MADERA,                               )
13                                        )
                    Respondent.           )
14  _____ )

15
16          Petitioner is a state prisoner who filed a petition for writ of mandamus pursuant to 28 U.S.C.

17  § 1651.

18          On March 31, 2010, the undersigned issued an order denying the petition and closing the

19  case.  The Clerk of Court entered judgment on the same date. Petitioner then filed a notice of appeal.

20          On June 1, 2010, Petitioner filed the instant motion for a temporary restraining order.

21  Petitioner is advised that since this case is closed and on appeal to the Ninth Circuit Court of

22  Appeals, this Court is without jurisdiction to entertain her requests for relief. She is advised to seek

23  relief in the appellate court.

24          Accordingly, Petitioner's motion for temporary restraining order is DENIED.

25
    IT IS SO ORDERED.
26
    Dated:    June 9, 2010              _____
27                                           /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE
28